# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ATKINS, *et al.*,

        Plaintiffs,　　　　Case No.: 5:17-cv-13724-JEL-MKM

v.　　　　　　　　　　　　　　Hon. Judith E. Levy

SNYDER, *et al.*,　　　　　　　Magistrate Judge Mona K. Majzoub

        Defendants.

_____/

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**

Plaintiffs, by and through undersigned counsel, hereby submits Plaintiffs' Notice of Voluntary Dismissal Without Prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part that "the plaintiff may dismiss an action without a court order by filing: a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Defendants have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Respectfully submitted,

**NAPOLI SHKOLNIK PLLC**

By: /s/ Hunter Shkolnik
Hunter Shkolnik, #2031458NY
360 Lexington Avenue, Eleventh Floor

New York, NY, 10017
(212) 397-1000
hunter@napolilaw.com

2

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on June 5, 2018, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing upon counsel of record.

Dated: June 5, 2018

                                                                       /s/ Patrick J. Lanciotti